IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALEXANDER PEREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 4:16-cv-00052-O |
| NANCY A. BERRYHILL, § | |
| Acting Commissioner of Social § | |
| Security, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made a Report and Recommendation in this case. *See* ECF No. 18. No objections were filed. The District Court reviewed the proposed Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is accepted as the findings of the Court. Accordingly, it is **ORDERED** the decision of the Commissioner is hereby **REVERSED** and Plaintiff's case is **REMANDED** to the Social Security Administration for further proceedings.

**SO ORDERED** on this **27th day** of **February, 2017**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**